# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CHARLES LEE GILLENWATER,<br>*Plaintiff*<br>v.<br>JOHN T. RODGERS, United States Magistrate Judge,<br>*Defendant* | Civil Action No. 2:17-CV-0183-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:

This action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) as it is frivolous and malicious, fails to state a claim on which relief may be granted and seeks monetary relief against a defendant who is immune from such relief.

Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 2) is DENIED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE sua sponte.

Date: June 6, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen